# United States Bankruptcy Court
## District of Oregon

In re **Masterpiece Investments Corp.**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Masterpiece Investments Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 6, 2015**
Date

**/s/ Stephen T. Boyke**
**Stephen T. Boyke 881628**
Signature of Attorney or Litigant
Counsel for **Masterpiece Investments Corp.**
**Law Office of Stephen T. Boyke**
**10122 SW Barbur Blvd., Suite 206A**
**Portland, OR 97219**
**(503) 227-0417**
**steve@boykelaw.com**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy